31282. HERLEY, alias BIVINS, v. THE STATE.

BROYLES, C. J. The defendant was convicted in the Superior Court of DeKalb County of the offense of larceny from the person. Her motion for a new trial, containing the general grounds and one special ground, was overruled; and that judgment is assigned as error.

1. The evidence amply authorized the verdict.

2. The evidence, direct and circumstantial, showed, beyond a reasonable doubt, that the offense was committed in DeKalb County, as charged in the indictment; and the special ground of the motion for a new trial, alleging that the venue of the offense was not proved, is without merit. · 

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 10, 1946. REHEARING DENIED OCTOBER 8, 1946.

*James R. Venable, Frank A. Bowers, Jackson L. Barwick,* for plaintiff in error.

*Roy Leathers, Solicitor-General,* contra.